MARTIN MURPHY, Individually and as Guardian ad Litem of JOHN MURPHY, an Infant, Respondents, v. ANNA THOMPSON, Appellant.— Action by an infant for damages for personal injuries suffered as a consequence of being struck by an automobile. Also companion loss of service action by the infant's father. Judgment for the plaintiffs, as reduced by the trial court, and order, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST MEYERS, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of violating subdivision 15, section 4 (a) (storing or parking more than five motor vehicles), of the Amended Building Zone Resolution of the City of New York, unanimously affirmed. *People* v. *Wolfe* (248 App. Div. 721; affd., 272 N. Y. 608) is binding on this court although it disregards the distinction between the different kinds of nuisances pointed out in *Heeg* v. *Licht* (80 N. Y. 579, 582). Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

DANIEL QUATTROCCHI, an Infant over the Age of 14 Years, by JOSEPH QUATTROCCHI, His Guardian ad Litem, and JOSEPH QUATTROCCHI, Respondents, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Appellant.— Action for damages for injuries suffered by the infant plaintiff, a pedestrian, as a consequence of being struck by a trolley car operated by the defendant. Also companion action for loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

HERMIONE B. TOWNER, by Her Guardian ad Litem, ARTHUR HUNTER, Appellant, v. RUTHERFORD H. TOWNER, Respondent.— In an action brought by an incompetent wife by her guardian *ad litem* against respondent husband for a separation on the grounds of abandonment and non-support, order denying plaintiff's motion for alimony *pendente lite*, and granting a counsel fee of $500, with certain additional provisions as to the cost of expert medical witnesses, affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

LILLIAN YOUNG, Appellant, v. HARRY EDWARD YOUNG, Respondent.— Action upon a separation agreement for unpaid installments due thereunder. A jury has found that there was no legal consideration for the agreement and, therefore, it was unenforceable. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

BEN ZISKIN, Appellant, v. AL GREENBERG, HYMAN GREENBERG and ASG REALTY CORP., Respondents.— Order denying plaintiff's motion for a retrial, and granting defendants' motion and directing the entry of judgment on the decision of the late Mr. Justice James A. Dunne, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.